ACCEPTED
01-15-00704-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 11:45:03 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00704-CV

### IN THE FIRST COURT OF APPEALS
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 11:45:03 AM
CHRISTOPHER A. PRINE
Clerk

### JEFF O'BANION,
**Appellant**

### VS.

### INLAND WESTERN CLEAR LAKE GULF SHORES GP, LLC
### AND SHANNON METHVIN,
**Appellees**

---

**On Appeal from the County Court at Law No. 1, Galveston County, Texas
Trial Court Cause Number CV-0061302**

---

### APPELLANT JEFF O'BANION'S SECOND
### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

Appellant Jeff O'Banion ("O'Banion), pursuant to the Texas Rule of Appellate Procedure, files this Second Motion to Extend Time File Appellant's Brief, and in support of the motion shows the Court the following:

1. The deadline for filing the Brief is Monday, November 30, 2015.

2. Appellant seeks a one-week extension of time to file his brief, up to and including Monday, December 7, 2015.

3. Appellant requires an extension of time to file the Appellant's Brief for the following reasons:

A.  The intervening Thanksgiving holiday.

B.  Extreme computer issues, which have greatly slowed the completion of the brief. These include:

1. Damage to the screen and mother board, due to an accidental breakage, of the undersigned counsel's primary computer. The computer contained the draft brief, notes, the record and the undersigned's password for his Lexis account;

2. The inability to get the computer repaired over the Thanksgiving holiday weekend;

3. The apparent loss, by the undersigned counsel's 16-year old son, of counsel's backup computer;

4. The time spent in retrieving passwords, retrieving backup copies of the brief, notes, records, etc, and establishing them onto additional office computers, all of which are being used by the undersigned's staff for their other job duties.

4. There has been one prior extensions for filing the Appellant's Brief.

5. Appellant would further show that the appeal to this Court is taken from the County Court at Law No. 1 of Galveston County, Texas, which rendered its

judgment on May 15, 2015.

6. The facts set out above are within the personal knowledge of the undersigned counsel.

THEREFORE, Appellant Jeff O'Banion respectfully requests that the Court grant his second motion for extension of time to file his brief and afford him up to and including December 7, 2015 to file Appellant's Brief. O'Banion requests such further and additional relief as the Court deems appropriate.

Respectfully submitted,

LAW OFFICE OF PHIL GRIFFIS

By: /s/ Phil Griffis
Phil Griffis
Texas Bar No. 08476400
2525 Bay Area Blvd., Suite 195
Houston, TX 77058
Telephone: 832-284-4013
Facsimile: 713-493-7253
pgriffis@griffislawfirm.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

I have contacted counsel for Appellee Inland Western Gulf Shores Clear Lake GP, LLC, but was unable to reach him over the holiday weekend.

Appellee Shannon Methvin is pro se, and does not accept mail at her last known address provided to the trial court. Counsel has been unable to reach her about the motion. Appellant will send a copy of the pleading to her, by regular

mail and certified mail, return receipt requested, to her last known address.

/s/ Phil Griffis<br>Phil Griffis

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on November 30, 2015 as follows:

R. Spencer Shytles        *Via Facsimile No. 972-770-2156*
GRAHAM, BRIGHT & SMITH
Two Lincoln Center
5420 LBJ Freeway #300
Dallas, TX 75240

Ms. Shannon Methvin        *Via Regular and Certified Mail RRR*
414 Twin Timbers
Kemah TX, 77565

/s/ Phil Griffis<br>Phil Griffis